## ALEXIS CAMPAU *versus* JEAN BAPTISTE CAMPAU

JOURNAL ENTRIES (1815): *Journal 2:* (1) Declaration filed, cognovit, judgment *p. 466.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 31, c. 74.

## UNITED STATES *versus* HENRY HUDSON

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Motion for continuance granted *p. 467; (2) plea, jury trial, verdict, judgment *p. 500.
PAPERS IN FILE: (1) Warrant for arrest and to search house; (2) commitment; (3) affidavit of James Seeds; (4) recognizance to appear; (5) affidavit of John Murphy; (6) indictment; (7) capias and return; (8) affidavit for continuance (9–11) subpoenas.

## FRANÇOIS DESNOYER, DIT FIFI, *versus* GABRIEL GODFROY, SR.

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Declaration filed, rule to plead, continued *p. 467; (2) consolidated, referred *p. 502; (3) report of referees, judgment *p. 534.
PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declaration; (4) copy of rule of reference; (5) award of referees.
*Office Docket*, MS p. 12, c. 17; p. 37, c. 14; p. 55, c. 2.